Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:   (916) 565-0300
Facsimile:    (916) 565-1636

Attorneys for Defendant
RETRIEVAL MASTERS CREDITORS BUREAU, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELU NDUNGE MAUNDU,<br><br>　　　Plaintiff,<br><br>v.<br><br>RETRIEVAL MASTERS CREDITORS,<br><br>　　　Defendants. | Case No.: C 05-04816 JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)]** |

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)]

1  WHEREAS Plaintiff KELU NDUNGE MAUNDU and Defendant RETRIEVAL MASTERS
2  CREDITORS have reached a resolution of this action;
3  IT IS HEREBY STIPULATED AND AGREED by the parties signing below that, pursuant to
4  Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff KELU NDUNGE MAUNDU dismisses
5  her claim against Defendant RETRIEVAL MASTERS CREDITORS with prejudice. and defendant Russell Fuchs.
6  Each side shall bear their own attorney's fees and costs incurred herein.
7  IT IS SO STIPULATED.

Dated: May 22, 2006

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Andrew M. Steinheimer
Attorneys for Defendant
RETRIEVAL MASTERS CREDITORS BUREAU, INC.

Dated: May 31, 2006

CONSUMER LAW CENTER, INC.

By _____
Frederick W. Schwinn
Attorneys for Plaintiff
KELU NDUNGE MAUNDU

Pursuant to the stipulation of the parties THIS ACTION IS DISMISSED WITH PREJUDICE.

Dated: 06/09/06

_____
District Court Judge

AMS.10322169.doc